```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 52398
   CHARLENE MARGARET FIORENZO
                                            CHAPTER 13

                                            JUDGE: MANUEL BARBOSA
         Debtor
    SSN XXX-XX-2927
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/13/05 and confirmed on 01/31/06.

2. The plan is paid in full.

3. The Debtor paid a total of $ 22635.00 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN GENERAL FINANCE | SECURED | .00 | .00 | .00 |
| OHIO SAVING BANK | CURRENT MORTG | .00 | .00 | .00 |
| OHIO SAVING BANK | MORTGAGE ARRE | 1618.53 | .00 | 1618.53 |
| TOYOTA MOTOR CREDIT CORP | SECURED VEHIC | 6300.00 | 724.49 | 6300.00 |
| WELLS FARGO FINANCIAL AC | UNSECURED | 9131.24 | .00 | 913.12 |
| CAPITAL ONE BANK | UNSECURED | 750.10 | .00 | 75.01 |
| CAPITAL ONE BANK | UNSECURED | 529.19 | .00 | 52.92 |
| CAPITAL ONE BANK | UNSECURED | 1076.26 | .00 | 107.63 |
| CAPITAL ONE BANK | UNSECURED | 626.20 | .00 | 62.62 |
| CENTER FOR PHYSICAL HEAL | UNSECURED | 621.00 | .00 | 62.10 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 903.00 | .00 | 90.30 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 659.41 | .00 | 65.94 |
| ISPC | UNSECURED | 3163.22 | .00 | 316.32 |
| MARSHALL FIELD | UNSECURED | 563.03 | .00 | 56.30 |
| MERRICK BANK | UNSECURED | 1191.93 | .00 | 119.19 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1186.06 | .00 | 118.61 |
| TITLE LENDERS | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| COUNTRYFIELD TOWNES HOA | SECURED | 257.70 | .00 | 257.70 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | PRIORITY | 6340.30 | .00 | 6340.30 |
| TOYOTA MOTOR CREDIT CORP | UNSECURED | 290.56 | .00 | 29.06 |
| INTERNAL REVENUE SERVICE | UNSECURED | 11165.43 | .00 | 1116.54 |
| PREMIER BANKCARD/CHARTER | FILED LATE | .00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 377.18 | .00 | 377.18 |
| ILLINOIS DEPT REVENUE | UNSECURED | 37.60 | .00 | 3.76 |

Summary of disbursements:

```
                     SECURED      PRIORITY    UNSECURED         OTHER         TOTAL
--------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   8176.23      6717.48     31894.23            .00       46787.94
PRINCIPAL PAID       8176.23      6717.48      3189.42            .00       18083.13
INTEREST PAID         724.49           .00          .00           .00         724.49
TOTAL PAID           8900.72      6717.48      3189.42            .00       18807.62
```

The Debtor's attorney, JAMES A YOUNG & ASSOC          , was allowed $   2700.00
and was paid $     624.00   direct and $    2076.00   through the plan.

The Trustee received $     930.01 .

Refunds to the Debtor totaled $     821.37 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 03/10/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                            PAGE   2
          CASE NO. 05 B 52398 CHARLENE MARGARET FIORENZO